UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

JOCELYN RIVERA,

                                    Plaintiff,                    **23 Civ. No. 4351 (ALC) (GS)**

                -against-                                     **TELEPHONE CONFERENCE
                                                              ORDER**

ST. BARNABAS HOSPITAL,

                                    Defendant.

---------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Telephone Conference on **Wednesday, January 10, 2024**

**at 10:00 a.m.**, at which time the parties will be directed to advise the Court as to the status of

this matter.  Counsel is directed to join the conference via Microsoft Teams at the scheduled

time.  **Please dial (646) 453-4442, Access Code: 472 716 175#.**  Parties are directed to file a

joint status letter by **January 5, 2024.**

        **SO ORDERED.**

DATED:        New York, New York
              November 9, 2023

                                              _____
                                              GARY STEIN
                                              United States Magistrate Judge