**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JOCELYN RIVERA,

                          Plaintiff,                  23 Civ. No. 4351 (MMG) (GS)

      -against-                                        **ORDER**

ST. BARNABAS HOSPITAL,

                          Defendant.
---------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      In light of the pending Proposed Stipulation and Order, the Status Conference scheduled on Tuesday April 16, 2024 at 10:00 a.m. is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
                April 15, 2024

                                                  _____
                                                  The Honorable Gary Stein
                                                  United States Magistrate Judge